**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: 12TH JUDICIAL DISTRICT | : No. 40 MM 2020 |
| DECLARATION OF JUDICIAL | : |
| EMERGENCY (DAUPHIN COUNTY) | : |

## ORDER

**PER CURIAM**

AND NOW, this 9th day of September, 2021, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) and (s) is DENIED.